08 CIV 7253

Mark P. Ladner
Mark David McPherson
Allison G. Schnieders
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000 (tel.)
(212) 469-7900 (fax)

Attorneys for Defendant
AMERICAN EXPRESS BANK LTD.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAKOV LICCI, a minor, by his father and natural guardian ELIHAV LICCI and by his mother and natural guardian YEHUDIT LICCI, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>AMERICAN EXPRESS BANK LTD., et al.,<br><br>      Defendants. | Case No.: _____<br><br>**DEFENDANT AMERICAN EXPRESS BANK LTD.'S RULE 7.1 STATEMENT** |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant American Express

Bank Ltd. states that it is an indirect, wholly owned subsidiary of Standard Chartered

PLC.

Dated: New York, New York
      August 15, 2008

MORRISON & FOERSTER LLP

Mark P. Ladner
Mark David McPherson
Allison G. Schnieders

1290 Avenue of the Americas
New York, New York  10104
(212) 468-8000 (tel.)
(212) 468-7900 (fax)

Attorneys for Defendant
AMERICAN EXPRESS BANK LTD.

ny-828935