UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

YAAKOV LICCI, a minor by his father and natural                 08  Civ. 7253
guardian ELIHAV LICCI and by his mother and                     Judge Daniels
natural guardian YEHUDIT LICCI, et al.,                         Magistrate Dolinger

                     Plaintiffs,                **NOTICE OF APPEARANCE**

      -against-

AMERICAN EXPRESS BANK LTD., et al.,

                  Defendants.

------------------------------------------------------------------------x

      Please take notice that the undersigned appears herein as counsel for the plaintiffs and

demands that all papers served herein be served upon him.

Dated: New York, New York
      August 18, 2008

                             JAROSLAWICZ & JAROS, LLC
                             Attorneys for Plaintiff
                             225 Broadway, 24th Floor
                             New York, New York 10007
                             (212) 227-2780

                             By:    s/David Jaroslawicz         
                                    *David Jaroslawicz (6931)*

TO:

MORRISON & FOERSTER LLP
Attorneys for Defendant
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-800