UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| YAAKOV LICCI, a minor by his father and natural guardian ELIHAV LICCI and by his mother and natural guardian YEHUDIT LICCI, et al., | 08 Civ. 7253<br>Judge Daniels<br>Magistrate Dolinger |
| Plaintiffs, | **JURY DEMAND** |
| -against- | |
| AMERICAN EXPRESS BANK LTD., et al., | |
| Defendants. | |

----------------------------------------------------------------x

COUNSELORS:

  PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated: New York, New York
    August 18, 2008

                JAROSLAWICZ & JAROS, ESQS.
                Attorneys for Plaintiffs
                150 William Street
                New York, New York 10038
                (212) 227-2780


              By:   s/David Jaroslawicz
                 *David Jaroslawicz (6931)*

TO:

MORRISON & FOERSTER LLP
Attorneys for Defendant
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-800