UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAAKOV LICCI, a minor, by his father and natural guardian ELIHAV LICCI and by his mother and natural guardian YEHUDIT LICCI, et al.,

                Plaintiffs,

- against -

AMERICAN EXPRESS BANK LTD., et al.,

                Defendants.

Case No. 08 Civ. 7253 (GBD)

ECF Case

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK )

      JEROME SMITH, being duly sworn, deposes and says:

      1.     I am over 18 years of age and am a licensed process server #0985037. I am employed by Morrison & Foerster LLP and am not a party to this action.

      2.     On Friday, August 15, 2008, at approximately 3:25 P.M., I served true and correct copies of Defendant American Express Bank Ltd.'s Notice of Removal, Defendant American Express Bank Ltd.'s Rule 7.1 Statement, and Civil Cover Sheet, all dated 8/15/08 in the above captioned proceeding, together with the SDNY Electronic Case Filing Rules & Instructions, and Individual Judges' Rules, by hand upon:

                Robert J. Tolchin, Esq.
                JAROSLAWICZ & JAROS, LLC
                225 Broadway, 24th floor
                New York, New York 10007

by delivering and leaving same with David Tolchin, who agreed to accept service, at the above address.

    3. I would describe Mr. David Tolchin as a white male, about 35-40 years of age, approximately 6 feet 2 inches tall, weighing about 180 pounds, with black hair.

_____<br>Jerome Smith

Sworn to before me this
15th day of August, 2008

_____
Notary Public

GINO BARBERA
Notary Public, State of New York
No. 02BA6187144
Qualified in New York County
Commission Expires May 12, 20 12