

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAKOV LICCI, a minor, by his father and natural guardian ELIHAV LICCI and by his mother and natural guardian YEHUDIT LICCI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS BANK LTD., et al.,<br><br>Defendants. | Case No.: 08 Civ 7253<br><br>**DEFENDANT LEBANESE CANADIAN BANK, SAL'S CONSENT TO REMOVAL** |

Defendant Lebanese Canadian Bank, SAL ("LCB") states as follows:

1. Defendant LCB understands that Defendant American Express Bank Ltd. has filed a Notice of Removal, dated August 15, 2008, in this Court. LCB has not been properly served with the Summons and Complaint in this action and has not appeared herein, and does not by this Consent to Removal appear herein.

2. While reserving its rights to assert any and all defenses or objections available to it as to any issue or matter relating to this litigation, and specifically reserving the right to assert lack of personal jurisdiction and insufficiency of service of process, as well as the failure of the Plaintiffs to state a claim against LCB, including (without limitation) any claims against LCB under 18 U.S.C. §§ 2331-2339 or under Israeli law, Defendant LCB consents to the removal of this action to this Court from the Supreme Court of the State of New York, New York County.

Dated: August 18, 2008                               DEWEY & LEBOEUF LLP

_____
Jonathan D. Siegfried
Kevin Walsh
Lawrence S. Hirsh

1301 Avenue of the Americas
New York, New York 10019-6092
(212) 259-8000 (tel.)
(212) 259-6333 (fax)

Attorneys for Defendant
LEBANESE CANADIAN BANK, SAL

RECEIVED 08 AUG 18 PM 7:06 U.S. DISTRICT COURT S.D.N.Y.