USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 21 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

YAAKOV LICCI, a minor, by his father and natural guardian ELIHAV LICCI and by his mother and natural guardian YEHUDIT LICCI, et al.,

Plaintiffs,

v.

AMERICAN EXPRESS BANK LTD., et al.,

Defendants.

---

Case No.: 08 CIV 7253 (GBD)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant American Express Bank Ltd. to answer, move against or otherwise respond to plaintiffs' Complaint, dated July 11, 2008, is extended to and including October 23, 2008.

Dated:  New York, New York
        August 15, 2008

JAROSLAWICZ & JAROS, LLC

By: _____
    Robert J. Tolchin

225 Broadway, 24th floor
New York, New York 10007
Telephone: (212) 227-2780

Attorneys for Plaintiffs

MORRISON & FOERSTER LLP

By: _____
    Mark P. Ladner

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000

Attorneys for Defendant
American Express Bank Ltd.

SO ORDERED

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

ny-829955