AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 08-CV-7253

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALL PLAINTIFFS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/2/2008 | *Robert J Tolchin* (signature) |
| Date | Signature |
| | Robert J Tolchin |
| | Print Name / Bar Number |
| | 225 Broadway, 24th floor |
| | Address |
| | New York, NY, 11201 |
| | City / State / Zip Code |
| | (212) 227-2181 / (212) 227-5090 |
| | Phone Number / Fax Number |