UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| YAAKOV LICCI, et al., <br><br> Plaintiffs, <br><br> V- <br><br> AMERICAN EXPRESS BANK LTD.; and <br> LEBANESE CANADIAN BANK, SAL <br><br> Defendants | **CERTIFICATE OF MAILING** <br><br><br><br> 08 CV 7253 (GBD) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 23rd day of January, 2009

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 8th day of January, 2009

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

8643 2816 8139

_____
CLERK

Dated: New York, NY

LAW OFFICE OF
# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

(212) 227-2780

ROBERT J. TOLCHIN
OF COUNSEL
RJT@TolchinLaw.com

January 22, 2009

J. Michael McMahon
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Att: Anne Ford

Re: *Licci v American Express Bank*
Case No.: 08 CIV 07253-GBD



**Expanded Service International Air Waybill**

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**Sender's Copy**

**1 From**
Date 1/23/09
Sender's FedEx Account Number 1250-9462-7

Sender's Name _____ Phone _____

Company JAROSLAWICZ & JAROS, PLLC

Address _____

Address 225 BROADWAY FL 24

City NEW YORK   State/Province NY

Country US   ZIP/Postal Code 10007

**2 To**
Recipient's Name MOHAMAD I HAMDOUN

Company LEBANON CANADIAN BANK SAL

Address MINAA EL HOSN

Address ST. CHARLES CITY CENTER, 1th, 3rd FLR

City BEIRUT   State/Province _____

Country LEBANON   ZIP/Postal Code _____

Recipient's Tax ID Number for Customs Purposes

*The World On Time.*

Not all services and options are available to all destinations.

**4a Express Package Service** — Packages up to 150 lbs./68 kg
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**4b Express Freight Service** — Packages over 150 lbs./68 kg
☐ FedEx Intl. Priority Freight
☐ FedEx Intl. Economy Freight
Booking Number REQUIRED

**5 Packaging**
☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ Other ___  ☐ FedEx 10kg Box  ☐ FedEx 25kg Box

**6a Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery
Does this shipment contain dangerous goods?
☐ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required
☐ Dry Ice
☐ Cargo Aircraft Only

**6b Broker Selection**
☐ Intl. Broker Select

**7a Payment** *Bill transportation charges to:*