UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAKOV LICCI, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-V-<br><br>AMERICAN EXPRESS BANK LTD.; and<br>LEBANESE CANADIAN BANK, SAL<br><br>　　　　　　　　　　　Defendants | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 7253 (GBD) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 23rd day of January, 2009

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 8th day of January, 2009

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RE 296 039 377 US**

　　　　　　　　　　　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

LAW OFFICE OF
# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

(212) 227-2780

ROBERT J. TOLCHIN
OF COUNSEL
RJT@TolchinLaw.com

January 22, 2009

J. Michael McMahon
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Att: Anne Ford

    Re: *Licci v American Express Bank*
       Case No.: 08 CIV 07253-GBD

Dear Ms. Ford:

Please arrange to serve the first amended complaint in this matter on the defendant, Lebanese Canadian Bank, SAL, pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii). We would like you to serve it two ways:

by Registered Mail and [...] ms:

[...] ian Bank, SAL, mailing address, Minaa El Hosn, [...] Lebanon, along with a registered mail pink card [...] ursuant to your procedures we have addressed the [...] g a label and we have used our return address on [...] erk of the Court. The Post Office receipt has our [...] oms declaration form.