UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
YAAKOV LICCI, a minor, by his father and natural :
guardian ELIHAV LICCI and by his mother and :
natural guardian YEHUDIT LICCI, *et al.*, :
: Case No. 08 Civ. 7253 (GBD)(MHD)
                Plaintiffs, :
: **NOTICE OF APPEARANCE**
   vs. :
:
AMERICAN EXPRESS BANK LTD., *et al.,* :

                Defendants.
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Lebanese Canadian Bank, SAL, defendant in the above-captioned action.

      I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 13, 2009

                            **Dewey & LeBoeuf LLP**

                            s/ Jonathan D. Siegfried
                    By:  Jonathan D. Siegfried
                         1301 Avenue of the Americas
                         New York, New York 10019-6092
                         Tel: (212) 259-8000
                         Fax: (212) 649-9348
                         jsiegfried@dl.com

                         *Attorneys for Defendant*
                         Lebanese Canadian Bank, SAL

NYA 592950.1