UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
YAAKOV LICCI, a minor, by his father and natural :
guardian ELIHAV LICCI and by his mother and :
natural guardian YEHUDIT LICCI, *et al*., :
: Case No. 08 Civ. 7253 (GBD)(MHD)
                Plaintiffs, :
:
  vs. :
:
AMERICAN EXPRESS BANK LTD., *et al.,* :

                Defendants.
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lebanese Canadian Bank, s.a.l. states as follows:

       Lebanese Canadian Bank s.a.l. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      April 17, 2009

                                DEWEY & LEBOEUF LLP


                                By:    /s/ Jonathan D. Siegfried
                                    Jonathan D. Siegfried, Esq.
                                    Lawrence S. Hirsh, Esq.
                                    1301 Avenue of the Americas
                                    New York, New York 10019
                                    Telephone:  (212) 259-8000
                                    Facsimile:  (212) 259-6333

                                    *Attorneys for Defendant Lebanese Canadian Bank, s.a.l.*

## SERVICE LIST

**BY ELECTRONIC DELIVERY VIA ECF:**

**Counsel for Plaintiffs**
Robert J. Tolchin
225 Broadway
24th Floor
New York, NY 10007
rjt@tolchinlaw.com
Telephone: (212)227-2181
Facsimile: (212) 227-5090

David Jaroslawicz
JAROSLAWICZ & JAROS, LLC
225 Broadway
Suite 2410
New York, NY 10007
davidjaroslawicz@yahoo.com
Telephone: (212) 227-2780
Facsimile: (212) 227-5090

**Counsel for American Express Bank Ltd.**
Allison Galena Schnieders (aschnieders@mofo.com)
Mark Paul Ladner (mladner@mofo.com)
Mark David McPherson (mmcpherson@mofo.com)
Michael Gerard (mgerard@mofo.com)
MORRISON & FOERSTER LLP (NYC)
1290 Avenue of the Americas
New York , NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900