ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE, 9TH FLOOR

NEW YORK, NEW YORK 10022

---

(212) 603-6300

---

FAX (212) 956-2164

September 9, 2014

212/603-6305
lhirsh@robinsonbrog.com

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Licci et al. v. American Express Bank Ltd. et al.*
                Civ. No. 08-07253-GBD

Dear Judge Daniels:

    I am writing to request that the Court terminate my status on the Court's records as counsel for the defendants and remove me from the ECF service list in the referenced case.

    I have not been associated with the defense of this action since the transfer of the defense to attorneys with DLA Piper LLP approximately two years ago.

    Thank you.

Respectfully submitted

*/s/ Lawrence S. Hirsh*
Lawrence S. Hirsh
