# MANDATE

N.Y.S.D. Case #
08-cv-7253(GBD)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and eighteen.

Before:        Robert D. Sack,
               Richard C. Wesley,
               Gerard E. Lynch,
                    *Circuit Judges,*

_____

Yaakov Licci, a minor, by his father and natural guardian Elihav Licci and by his mother and natural guardian Yehudit Licci, et al., Elihav Licci, Yehudit Licci, Tzvi Hirsh, Arkady Graipel, Tatiana Kremer, Yosef Zarona, Tal Shani, Shlomo Cohen, Nitzan Goldenberg, Rina Dahan, Raphael Weiss, Agat Klein, Tatiana Kovleyov, Valentina Demesh, Rivka Epon, Joseph Maria, Immanuel Penker, Esther Pinto, Avishai Reuvance, Elisheva Aron, Chayim Kumer, Sarah Yefet, Shoshana Sappir, Rahmi Guhad Ghanam, a minor, by his father and natural guardian Fuad Shchiv Ghanam and by his mother and natural guardian Suha Shchiv Ghanam, Fuad Shchiv Ghanam, Individually, Suha Shchiv Ghanam, Individually, Ma'ayan Ardstein, a minor, by her father and natural guardian, Brian Ardstein, and by her mother and natural guardian, Keren Ardstein, Noa Ardstein, a minor, by her father and natural guardian, Brian Ardstein, and by her mother and natural guardian, Keren Ardstein, Netiya Yeshua Ardstein, a minor, by her father and natural gusrdian, Brian Ardstein, and by her mother and natural guardian, Keren Ardstein, Ariel Chaim Ardstein, a minor, by her father and natural guardian, Brian Ardstein, and by her mother and natural guardian Keren Ardstein, Brian Ardstein, Individually, Keren Ardstein, Individually, Margalit Rappeport, a minor, by her mother and natural guardian, Laurie Rappeport, Laurie Rappeport, Individually, Orna Mor, Yair Mor, Michael Fuchs, Esq., Mushka Kaplan, a minor, by her father and natural guardian Chaim Kaplan, and by her mother and natural guardian Rivka Kaplan, Arye Leib Kaplan, a minor, by his father and natural guardian Chaim Kaplan, and by his mother and natural guardian Rivka Kaplan, Menachem Kaplan, a minor, by his father and natural guardian Chaim Kaplan, and by his mother and natural guardian Rivka Kaplan, Chana Kaplan, a minor, by her father and natural guardian Chaim

**JUDGMENT**
Docket No. 15-1580

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 07, 2018

**MANDATE ISSUED ON 05/07/2018**

Kaplan, and by her mother and natural guardian Rivka
Kaplan, Efraim Leib Kaplan, a minor, by his father and
natural guardian Chaim Kaplan and by his mother and natural
guardian Rivka Kaplan, Chaim Kaplan, Individually, Rivka
Kaplan, Individually, Rochelle Shalmoni, Oz Shalmoni,
David Ochayon, Yaakov Maimon, Mimi Biton, Miriam
Juma'a, as Personal Representative of the Estate of Fadya
Juma'a, Miriam Juma'a, Individually, Salah Juma'a, as
Personal Representative of the Estate of Samira Juma'a, Salah
Juma'a, Individually, Said Juma'a, Individually, Abd
El-Rahman Juma'a, as Personal Representative of the Estate
of Samira Juma'a, Abd El-Rahman Juma'a, Individually,
Rahma Abu-Shahin, Abdel Gahni, as Personal Representative
of the Estate of Soltana Juma'a and Individually, Shadi
Salman Azzam, as the Personal Representative of the Estate of
Manal Camal Azam, Kanar Sha'adi Azzam, a minor, by his
father and natural guardian, Shadi Salman Azzam, Aden
Sha'adi Azzam, a minor, by his father and natural guardian,
Shadi Salman Azzam, Shadi Salman Azzam, Individually,
Adina Machassan Dagesh, Arkady Spektor, Yori Zovrev,
Maurine Greenberg, Jacob Katzmacher, Deborah Chana
Katzmacher, Chaya Katzmacher, Mikimi Steinberg, Jared
Sauter, Danielle Sauter, Yaakov Abutbul, Abraham Nathan
Mor, a minor, by his father and natural guardian, Zion Mor,
and by his mother and natural guardian, Revital Mor, Bat Zion
Mor, a minor, bu her father and natural guardian, Zion Mor,
and by her mother and natural guardian, Revital Mor, Michal
Mor, a minor, by her father and natural guardian, Zion Mor,
and by her mother and natural guardian, Revital Mor, Oded
Chana Mor, a minor, by her father and natural guardian, Zion
Mor, and by her mother and natural guardian, Revital Mor,
Zion Mor, Individually, Revital Mor, Individually, Adham
Mahane Tarrabashi, Jihan Kamud Aslan, Zohara Louie Sa'ad,
Iyah Zaid Ganam, a minor, by his father and natural guardian
Ziad Shchiv Ghanam, and by his mother and natural guardian
Gourov Tisir Ghanam, Ziad Shchiv Ghanam, Individually,
Gourov Tisir Ghanam, Individually, Theodore Greenberg,
Emilla Salman Aslan,

        Plaintiffs - Appellants,

v.

Lebanese Canadian Bank, SAL,

        Defendant - Appellee,

American Express Bank, Ltd.,

        Defendant.

_____

Case 18-1586, Document 173-1, 05/07/2018, 2296448, Page3 of 3

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.   Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that, for the reasons stated in the Court's opinion and summary order, the judgment of the district court is AFFIRMED.


For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court


A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit