UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHAIM KAPLAN, *et al.*,<br><br>      Plaintiff,<br><br>- v -<br><br>LEBANESE CANADIAN BANK, SAL,<br><br>      Defendant. | 1:08-CV-07253 (GBD)<br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the Second Amended Complaint filed in the above-captioned action; the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); Appendix A annexed thereto; all matters of which this Court may take judicial notice; and such other matters as may be presented at a hearing on this Motion or prior to this Court's decision thereon; Defendant Lebanese Canadian Bank, SAL will move this Court, before the Honorable George B. Daniels, in Courtroom 11A of this Court, located at 500 Pearl Street, New York, New York 10007, on April 29, 2019, or as soon thereafter as counsel may be heard, for an Order dismissing the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated:  February 4, 2019

                Respectfully submitted,

                DLA PIPER LLP (US)

        By: /s/Jonathan D. Siegfried
           Jonathan D. Siegfried
            jonathan.siegfried@dlapiper.com
           Douglas W. Mateyaschuk II
            douglas.mateyaschuk@dlapiper.com
           1251 Avenue of the Americas
           New York, NY 10020-1104
           (212) 335-4500

           *Counsel for Lebanese Canadian Bank, SAL*