UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

YAAKOV LICCI, *et al.*,

                    Plaintiffs,

        -against-

LEBANESE CANADIAN BANK, SAL,

                    Defendant.

Case No.
08-cv-7253(GBD)

----------------------------------------------------------------------- X

## NOTICE OF APPEAL

      Notice is hereby given that all plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the United States District Court for the Southern District of New York (Daniels, *J.*), dated September 20, 2019 (DE 113), which granted the defendant's motion to dismiss. All plaintiffs herein hereby appeal from each and every part of the aforementioned Decision and Order, and from any and all other orders entered in this action that merged into the aforementioned Decision and Order.

Dated:   Brooklyn, New York
           October 19, 2019

                                                Respectfully submitted,

                                                THE BERKMAN LAW OFFICE, LLC
                                                *Attorneys for the Plaintiffs-Appellants*

                                        by:  _____
                                               Robert J. Tolchin

                                               111 Livingston Street, Suite 1928
                                               Brooklyn, New York 11201
                                               718-855-3627