UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CHAIM KAPLAN, RIVKA KAPLAN, BRIAN
ERDSTEIN, KARENE ERDSTEIN, MA'AYAN
ERDSTEIN, CHAYIM KUMER, NECHAMA KUMER,
LAURIE RAPPEPORT, MARGALIT RAPPEPORT,
THEODORE (TED) GREENBERG, MOREEN
GREENBERG, JARED SAUTER, DVORA CHANA
KASZEMACHER, CHAYA KASZEMACHER
ALKAREIF, AVISHAI REUVANE, ELISHEVA
ARON, YAIR MOR, and MIKIMI STEINBERG,

                        Plaintiffs,

  -against-

LEBANESE CANADIAN BANK, SAL,

                        Defendant.
------------------------------------------------x

ORDER

08 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

    In its Memorandum Decision and Order dated September 20, 2019, this Court granted Defendant's motion to dismiss Plaintiffs' complaint. (ECF No. 113.)

    The Clerk of Court is hereby ORDERED to enter final judgment in favor of Defendant against Plaintiffs.

Dated: New York, New York
       November 1, 2019

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge