UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAIM KAPLAN, RIVKA KAPLAN, BRIAN
ERDSTEIN, KARENE ERDSTEIN, MA'AYAN
ERDSTEIN, CHAYIM KUMER, NECHAMA
KUMER, LAURIE RAPPEPORT, MARGALIT
RAPPEPORT, THEODORE (TED) GREENBERG,
MOREEN GREENBERG, JARED SAUTER,
DVORA CHANA KASZEMACHER, CHAYA
KASZEMACHER ALKAREIF, AVISHAI
REUVANE, ELISHEVA ARON, YAIR MOR, and
MIKIMI STEINBERG,
                          Plaintiffs,

        -against-                                        08 **CIVIL** 7253 (GBD)

## JUDGMENT

LEBANESE CANADIAN BANK, SAL,
                          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/4/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 1, 2019, this Court granted Defendant's motion to dismiss Plaintiffs' complaint on September 20, 2019. Final judgment is entered in favor of Defendant against Plaintiffs.

**Dated:** New York, New York
         November 4, 2019

                                                RUBY J. KRAJICK

                                                Clerk of Court
                           **BY:**
                                                **Deputy Clerk**