UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

YAAKOV LICCI, *et al.*,

                      Plaintiffs,                Case No.

                                              08-cv-7253(GBD)

             -against-

LEBANESE CANADIAN BANK, SAL,

                      Defendant.

-----------------------------------------------------------------------X

## AMENDED NOTICE OF APPEAL

      Notice is hereby given that all plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the United States District Court for the Southern District of New York (Daniels, *J.*), dated September 20, 2019 (DE 113), which granted the defendant's motion to dismiss, and from the Judgment entered by the aforementioned district court on November 4, 2019 (DE 118), which entered final judgment in favor of the defendant against the plaintiffs.

      All plaintiffs herein hereby appeal from each and every part of the aforementioned Decision and Order, and Judgment, and from any and all other orders entered in this action that merged into the aforementioned Decision and Order, and/or into the aforementioned Judgment.

Dated:    Brooklyn, New York
            December 4, 2019

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs-Appellants*

by: _____
　　Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627