**MANDATE**

1:08-cv-07253-GBD

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-one.

Before:     Debra Ann Livingston,
                 *Chief Judge*,
            Amalya L. Kearse,
            Richard C. Wesley,
                 *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

_____

Chaim Kaplan, Rivka Kaplan, Brian Erdstein, Karene Erdstein, Ma'Ayan Erdstein, Chayim Kumer, Nechama Kumer, Laurie Rappepport, Margalit Rappeport, Theodore (Ted) Greenberg, Moreen Greenberg, Jared Sauter, Dvora Chana Kaszemacher, Chaya Kaszemacher Alkareif, Avishai Reuvane, Elisheva Aron, Yair Mor, and Mikimi Steinberg,

       Plaintiffs-Appellants,

v.

Lebanese Canadian Bank, SAL,

       Defendant-Appellee.

_____

**JUDGMENT**

Docket No. 19-3522

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment, to the extent it dismissed Plaintiffs' JASTA aiding-and-abetting claims is VACATED, and the matter is REMANDED to the district court for further proceedings on those claims.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/30/2021