UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                        Plaintiffs,

  -against-

LEBANESE CANADIAN BANK, SAL,

                        Defendant.
-----------------------------------------------------------------X

**Request for Clerk's Certificate of Default**

1:08-cv-07253-GBD

    Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, plaintiffs Chaim Kaplan, et al. (all plaintiffs) request a Clerk's certificate of entry of default. Within in an accompanyingDeclaration, I affirm that the party against whom the judgment is sought, defendant, LEBANESE CANADIAN BANK, SAL:

1)   is not an infant or incompetent person;

2)   is not in the military service;

3)   was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the court;

4)   has defaulted in the above captioned action.

                                                /s/ Robert J. Tolchin
                                                Counsel for Plaintiff(s)
                                                Robert J. Tolchin, Esq.
                                                THE BERKMAN LAW OFFICE, LLC
                                                111 Livingston Street, Suite 1928
                                                Brooklyn, New York 11201
                                                718-855-3627