UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

                    Plaintiffs,

-against-

LEBANESE CANADIAN BANK, SAL,

                    Defendant.
------------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**

1:08-cv-07253-GBD

     **I, RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that: this action was commenced pursuant to a complaint filed in the Supreme Court, New York County, and removed to this Court pursuant to a notice of removal docketed on August 15, 2008; a Second Amended Complaint was filed on December 5, 2018; the Second Amended Complaint was dismissed on November 4, 2019; the United States Court of Appeals for the Second Circuit reversed that dismissal in respect to certain of Plaintiffs' claims in the Second Amended Complaint, and remanded the case to this Court for further proceedings on those remaining claims; the mandate of the Court of Appeals was transmitted to this Court on June 30, 2021.

     I further certify that the docket entries indicate that the defendant, LEBANESE CANADIAN BANK, SAL, has not filed an answer or otherwise moved with respect to the Second Amended Complaint. The default of the defendant, LEBANESE CANADIAN BANK, SAL, is hereby noted.

Dated:   New York, New York
           July 30, 2021

                                                        RUBY J. KRAJICK
                                                        Clerk of Court

                                                        By: _____
                                                                Deputy Clerk