UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                Plaintiffs,      Civ. No. 08-7253-GBD

      -against-                      **NOTICE OF MOTION**

LEBANESE CANADIAN BANK, SAL,

                Defendant.

------------------------------------------------------------------X

C O U N S E L:

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and the annexed Declaration of Robert J. Tolchin, both dated October 6, 2021, and the attachments thereto; and upon the pleadings and proceedings heretofore had herein, the plaintiffs will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for an order:

      a)    ENTERING final judgment by default in favor of the plaintiffs, and against defendant Lebanese Canadian Bank, SAL, in the amounts set forth in the annexed Memorandum of Law; and

      b)    GRANTING such other and further relief as is just and proper under the circumstances.

Dated:  Brooklyn, New York
         October 6, 2021

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
rtolchin@berkmanlaw.com