**THE BERKMAN LAW OFFICE, LLC**

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627          Fax: (718) 855-4696

October 26, 2021

**BY ECF**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Kaplan, et al. v. Lebanese Canadian Bank*,
              08-cv-7253-GBD

Dear Judge Daniels:

      On October 6, 2021, plaintiffs moved for entry of final default judgment against defendant Lebanese Canadian Bank ("LCB") pursuant to Fed. R. Civ. P. 55(b). (DE 127-129). The motion requested that the Court award the plaintiffs compensatory damages in the amounts previously awarded to them by the D.D.C. in their FSIA actions against Iran and North Korea, and provided for this Court's independent examination the same damages evidence presented by the plaintiffs to the D.D.C. in the FSIA actions, and which underlies those FSIA damages awards.

      We write to alert the Court that LCB's time to oppose the Rule 55(b) motion has expired with no opposition being filed, and that that motion is therefore unopposed.

      Accordingly, plaintiffs respectfully request that the Court grant their unopposed motion and enter final default judgment in their favor forthwith.

      We thank you for your consideration.

                                                      Respectfully yours,

                                                      Robert J. Tolchin

cc: All counsel of record by ECF