# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627            Fax: (718) 855-4696

November 9, 2021

**BY ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kaplan, et al. v. Lebanese Canadian Bank*,
           08-cv-7253-GBD

Dear Judge Daniels:

    We write to seek a brief enlargement of plaintiffs' time to oppose the Motion to Stay (DE 134) filed by defendant Lebanese Canadian Bank ("LCB"), from November 10, 2021, until November 15, 2021. Plaintiffs seek this enlargement due to an unexpected exigency in counsel's schedule. Counsel for LCB, Mitchell R. Berger, Esq., consents to this enlargement.

    Mr. Berger has requested an enlargement of LCB's time to file its reply to plaintiffs' opposition, from November 22, 2021, until November 24, 2021. Plaintiffs consent to this request.

    Plaintiffs therefore respectfully request that the Court set plaintiffs' opposition deadline as November 15, 2021, and LCB's reply deadline as November 24, 2021.

    We thank you for your consideration.

Respectfully,

Robert J. Tolchin

cc: All counsel of record by ECF