

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

November 9, 2021

**VIA ECF**

Hon. George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

      Re:    *Kaplan v. Lebanese Canadian Bank*, No. 08-cv-7253 (S.D.N.Y.) (GBD)

Dear Judge Daniels:

      On behalf of Defendant Lebanese Canadian Bank ("LCB"), we write concerning LCB's motion to stay (Dkt. ##134-135), and Plaintiffs' request (Dkt. #138) for an extension of time to oppose LCB's motion to stay.  LCB consented to Plaintiffs' requested extension, but also requested Plaintiffs to advise the Court of LCB's position that the Court should adjudicate LCB's motion to stay before the Court addresses Plaintiffs' motion for a default judgment (Dkt. ##127-129).  Because Plaintiffs declined to do so, we write solely to advise the Court that, for the reasons supporting LCB's motion to stay (Dkt. ##135, at 1-6), it would serve the interests of judicial efficiency and fundamental fairness for the Court to resolve LCB's motion to stay before ruling on Plaintiffs' motion for a default judgment.

      Respectfully submitted,

      Squire Patton Boggs (US) LLP


      */s/ Gassan A. Baloul*
      Gassan A. Baloul

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.