UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CHAIM KAPLAN et al,

                Plaintiffs,

  -against-

LEBANESE CANADIAN BANK, SAL,

                Defendant.

------------------------------------ x

ORDER

8 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for May 25, 2022 at 9:45 a.m.

Dated: New York, New York
       February 10, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge