UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHAIM KAPLAN et al,

                              Plaintiffs,

     -against-

LEBANESE CANADIAN BANK, SAL,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

8 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's motion for an order staying this action in its entirety pending further developments in *Lelchook v. Lebanese Canadian Bank, SAL*, No. 18-cv-12401, a closely-related action also pending before this Court, (ECF No. 134), is hereby DENIED.

Dated: New York, New York
         February 28, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge