UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CHAIM KAPLAN et al,

                     Plaintiffs,

    -against-

LEBANESE CANADIAN BANK, SAL,

                     Defendant.

------------------------------------ x

ORDER

8 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's March 1, 2022 letter requests that the Court set a briefing schedule for Defendant to oppose Plaintiffs' pending motion for default judgment and to file a motion to vacate the Clerk's certificate of default. (ECF No 145.) Plaintiffs oppose Defendant's request. (ECF No. 146.) Since the timeliness of Defendant's proposed opposition to Plaintiffs' motion for default is in dispute, Defendants' request to set a future briefing schedule is DENIED.

Dated: New York, New York
       March 7, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge