UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CHAIM KAPLAN, RIVKA KAPLAN, BRIAN ERDSTEIN, KARENE ERDSTEIN, MA'AYAN ERDSTEIN, CHAYIM KUMER, NECHAMA KUMER, LAURIE RAPPEPPORT, MARGALIT RAPPEPORT, THEODORE (TED) GREENBERG, MOREEN GREENBERG, JARED SAUTER, DVORA CHANA KASZEMACHER, CHAYA KASZEMACHER ALKAREIF, AVISHAI REUVANE, ELISHEVA ARON, YAIR MOR, and MIKIMI STEINBERG,

Plaintiffs,

-against-

LEBANESE CANADIAN BANK, SAL,

Defendant.

------------------------------------------x

ORDER

08 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion pursuant to Federal Rule of Civil Procedure 55(c), (ECF No. 149), to vacate the Clerk's entry of a certificate of default, (ECF No. 126), is hereby GRANTED.

Plaintiffs' motion for entry of final judgment by default, (ECF No. 127), is hereby DENIED.

Dated: New York, New York
April 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge