UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

CHAIM KAPLAN, RIVKA KAPLAN, BRIAN ERDSTEIN, KARENE ERDSTEIN, MA'AYAN ERDSTEIN, CHAYIM KUMER, NECHAMA KUMER, LAURIE RAPPEPPORT, MARGALIT RAPPEPORT, THEODORE (TED) GREENBERG, MOREEN GREENBERG, JARED SAUTER, DVORA CHANA KASZEMACHER, CHAYA KASZEMACHER ALKAREIF, AVISHAI REUVANE, ELISHEVA ARON, YAIR MOR, and MIKIMI STEINBERG,

      Plaintiffs,

-against-

LEBANESE CANADIAN BANK, SAL,

      Defendant.

---------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 7253 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute: <br><br> <u>Letter Motion for Extension of Time to File Answer (ECF No. 155)</u> | ___ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| ___ | Settlement | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> All such motions:___ |

Dated: April 21, 2022
   New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge