

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O    +1 202 457 6000
F    +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T    +1 202 457 6155
gassan.baloul@squirepb.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022
```

April 26, 2022

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, **08-CV-7253 (GBD)(KHP),**
*Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, **18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

This firm represents Lebanese Canadian Bank ("LCB"), defendant in both of the above-referenced actions, and Mohamad Hamdoun, one of the two individual defendants in *Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*  We are in receipt of this Court's orders of yesterday, April 25, scheduling Initial Case Management Conferences in both of these actions for Tuesday, May 17.

We are unavailable on May 17 due to longstanding international travel plans for multiple members of our team, including those who would speak on behalf of LCB and Mr. Hamdoun at the Initial Case Management Conferences.  We therefore request that the Court adjourn both of the Initial Case Management Conferences to any day the following week, the week of May 23.

We have conferred with counsel for Plaintiffs in both actions, as well as counsel for the other individual defendant in *Lelchook*, Ahmad Safa, both of whom advised that they consent to this request.  We further note that Judge Daniels had previously scheduled conferences in both of these actions for the afternoon of May 25, and we therefore can confirm that all parties are available on that day (among others).  Counsel for Mr. Safa has advised that, during the week of May 23, May 24 and May 27 would be most convenient for them.

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP   Hon. Katharine H. Parker
April 26, 2022
**VIA ECF**

      We respectfully request that the Court adjourn the Initial Case Management Conferences in both of the above-referenced actions to any day during the week of May 23, or any date thereafter convenient to the Court.

> **APPLICATION GRANTED.** The Case Management Conference scheduled for May 17, 2022 is hereby rescheduled for **June 30, 2022 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY 10007.**
>
> SO ORDERED:
>
> _[signature]_
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
>
> 4/27/2022

Respectfully submitted,

Squire Patton Boggs (US) LLP


*/s/ Gassan A. Baloul*
Gassan A. Baloul