USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

                                   Plaintiffs,

        -against-

LEBANESE CANADIAN BANK, SAL,
                                Defendant.
-----------------------------------------------------------------X
ESTER LELCHOOK, *et al.*,

                                   Plaintiffs,

        -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,
                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

**08-CV-7253 (GBD) (KHP)**

**18-CV-12401 (GBD) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A series of Case Management conferences in these matters are hereby scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference.  The letters shall be no more than four pages in length.**

        **Tuesday, September 14, 2022 at 4:00 p.m.**

        **Thursday, October 20, 2022 at 12:00 p.m.**

        **Tuesday, November 15, 2022 at 11:00 a.m.**

        **Thursday, December 15, 2022 at 11:00 a.m.**

        **Thursday, January 12, 2023 at 10:00 a.m.**

**Thursday, February 9, 2023 at 10:00 a.m.**

**Thursday, March 9, 2023 at 10:00 a.m.**

**SO ORDERED.**

DATED:    New York, New York
          June 30, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge