**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

                      Plaintiffs,

            -against-

LEBANESE CANADIAN BANK, SAL,
                    Defendant.
------------------------------------------------------------------X
ESTER LELCHOOK, *et al.*,

                      Plaintiffs,

            -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,
                    Defendants.
------------------------------------------------------------------X

**ORDER**

**08-CV-7253 (GBD) (KHP)**

**18-CV-12401 (GBD) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the November 15, 20222 case management conference, the case management conference scheduled for December 15, 2022 at 11:00 a.m. is adjourned.

SO ORDERED.

DATED:    New York, New York
               November 16, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge