



Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T  +1 202 457 6155
gassan.baloul@squirepb.com

January 10, 2023

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

01/10/2023

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP),**

Dear Judge Parker:

      We write on behalf of all parties in the above-referenced actions. During the November 15, 2022 case management conference, the parties indicated that they had exchanged initial document requests, and that it could be most efficient to adjourn the conferences scheduled for December 15, 2022, and January 12, 2023, to allow the parties additional time to meet and confer regarding the responses to those requests. The Court advised that it would adjourn the December conference, and that "if there's nothing to discuss for the January conference, you let me know and I'll adjourn that."

      The parties have agreed to extend their mutual deadline for objections and responses to the document requests until noon on Friday, January 20, and intend to meet and confer thereafter regarding the objections and responses. <u>There are no other issues requiring the Court's attention at this time. Accordingly, we respectfully request that the January 12, 2023 conference be adjourned *sine die*.</u>

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA E-MAIL**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
January 10, 2023

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

**SO ORDERED.**

Dated: New York, New York
　　　　January __, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Katharine H. Parker