UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAPLAN et al., <br><br> *Plaintiffs*, <br><br> against <br><br> LEBANESE CANADIAN BANK, SAL, <br><br> *Defendants.* | Case No. 08-cv-07253 (GBD)(KHP) |
| LELCHOOK, et al., <br><br> *Plaintiffs,* <br><br> against <br><br> LEBANESE CANADIAN BANK, SAL, et al., <br><br> *Defendants.* | NOTICE OF MOTION TO QUASH <br><br><br> Case No. 18-cv-12401 (GBD)(KHP) |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Mark P. Gimbel, the exhibit thereto, and the accompanying memorandum of law, all dated January 13, 2023, non-party Covington & Burling LLP, by and through its undersigned attorneys, respectfully moves this Court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York, 10007, as soon as counsel may be heard, pursuant to Federal Rule of Civil Procedure 45(d)(3) for an Order quashing the subpoena duces tecum directed to Covington & Burling LLP and issued in connection with *Kaplan et al. v. Lebanese Canadian Bank, SAL et al.*, Case No. 1:08-cv-07253 (GBD)(KHP), and *Lelchook et al. v. Lebanese Canadian Bank, SAL et al.*, Case No. 1:18-cv-12401 (GBD)(KHP), and for such other and further relief as the Court deems just and proper.

-2-

Date:  New York, New York
       January 13, 2023

Respectfully submitted,

COVINGTON & BURLING LLP

By:   *s/ Mark P. Gimbel*
      Mark P. Gimbel

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
mgimbel@cov.com

Christian J. Pistilli
Andrew E. Siegel
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
cpistilli@cov.com
asiegel@cov.com

*Attorneys for Non-Party*
*Covington & Burling LLP*

To:

Robert J. Tolchin
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

*Attorneys for Plaintiffs*