USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                  Plaintiffs,

   -against-

LEBANESE CANADIAN BANK, SAL,

                  Defendant.
-----------------------------------------------------------------X

ESTER LELCHOOK, *et al.*,

                  Plaintiffs,

   -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**CASE MANAGEMENT CONFERENCE**
**CONVERSION ORDER**

**08-CV-7253 (GBD) (KHP)**

**18-CV-12401 (GBD) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in these matters scheduled for **Thursday, February 9, 2023, at 10:00 a.m.** are hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

DATED:     New York, New York
               February 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge