

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2023

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T  +1 202 457 6155
gassan.baloul@squirepb.com

March 7, 2023

VIA ECF

**APPLICATION GRANTED:** The Case Management Conference in this matter that is scheduled for Thursday, March 9, 2023 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, April 27, 2023 at 11:45 a.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/07/2023

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP),
    *Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, 18-CV-12401 (GBD)(KHP)

Dear Judge Parker:

We write on behalf of all parties in the above-referenced actions to request an adjournment of the March 9, 2023 conference. The parties have not yet completed their meet-and-confer communications regarding the objections and responses to their respective document requests, and, accordingly, do not believe there are any issues that require the Court's attention at this time.

For the foregoing reasons, the parties respectfully propose that the March 9 conference in these actions be adjourned to April 20, 2023, or a date thereafter convenient to the Court.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.