# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 03/23/2023

## MEMO ENDORSED

By ECF

March 23, 2023

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Kaplan, et al. v. Lebanese Canadian Bank, SAL,*
     *08-cv-7253 (GBD)(KHP)*

Dear Judge Parker:

We are in receipt of the Court's Order setting oral argument on Covington & Burling LLP's motion to quash for March 28, 2023. We respectfully request that the Court adjourn the oral argument due to preexisting commitments of counsel.

We have conferred with counsel for Plaintiffs, who consent to this request. Counsel for both Plaintiffs and Covington are available on the morning of April 17, or on April 19, 20, 24, 25, 26, or 27.

We, therefore, respectfully request that the Court adjourn the oral argument scheduled for March 28 to the morning of April 17, or April 19, 20, 24, 25, 26, or 27, or any date thereafter convenient to the Court.

Respectfully submitted,

COVINGTON & BURLING LLP

 s/ Mark Gimbel_____
  Mark Gimbel

**APPLICATION GRANTED.** The Oral Argument scheduled for Tuesday, March 28, 2023 at 10:45 a.m. is hereby rescheduled Thursday, April 20, 2023 at 11:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY 10007.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/23/2023