

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/24/2023
```

## MEMO ENDORSED

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

April 21, 2023

**VIA ECF**

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Thursday, April 27, 2023 at 11:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, May 16, 2023 at 3:15 p.m.</u>

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**04/24/2023**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP),**

Dear Judge Parker:

        We write on behalf of all parties in the above-referenced actions to request an adjournment of the April 27, 2023 conference. The parties have exchanged initial meet-and-confer communications regarding the objections and responses to their respective document requests, and had scheduled a telephonic meet-and-confer session for today, April 21. In light of the Ramadan and Eid holidays, which continue through this weekend, LCB has requested a two-week adjournment of both the meet-and-confer call and the April 27 conference. The adjournment will allow LCB to communicate with certain third-parties that LCB anticipates may have responsive documents, as LCB believes both the meet-and-confer and the upcoming conference will be more productive following such communications. Plaintiffs' counsel has consented to the requested adjournment.

        For the foregoing reasons, the parties respectfully request that the April 27 conference in these actions be adjourned to May 11, 2023, or a date thereafter convenient to the Court.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA E-MAIL**

The Honorable Katharine H. Parker
United States District Court, Southern District
of New York
April 21, 2023

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul