

**SQUIRE⊙**
**PATTON BOGGS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2023

**MEMO ENDORSED**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T  +1 202 457 6155
gassan.baloul@squirepb.com

May 12, 2023

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> **APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Tuesday, May 16, 2023 at 3:15 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, June 26, 2023 at 11:15 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 05/15/2023

Re: *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP),

Dear Judge Parker:

We write on behalf of all parties in the above-referenced actions to request an adjournment of the May 16, 2023 conference (previously adjourned from April 27, 2023). The parties have agreed to this adjournment to allow the parties to continue their meet-and-confer efforts, and in particular to give LCB additional time for ongoing communication with third-parties that LCB anticipates may have responsive documents. The parties believe that the meet-and-confer and the conference with the Court will be more productive following such efforts. Plaintiffs' counsel has consented to the requested adjournment.

For the foregoing reasons, the parties respectfully request that the May 16 conference in these actions be adjourned to June 15, 2023, or a date thereafter convenient to the Court.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.