

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T  +1 202 457 6155
gassan.baloul@squirepb.com

July 13, 2023

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2023

**Re:** *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, **08-CV-7253 (GBD)(KHP)**,
*Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, **18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

    We write on behalf of all parties in the above-referenced actions to request that the Court so-order the Stipulation and [Proposed] Order Staying Discovery filed herewith, for the reasons set forth therein.

    Additionally, should the Court so-order the Stipulation and [Proposed] Order, which will have the effect of staying all discovery in these actions until 60 days after the Second Circuit issues its mandate in the Plaintiffs' pending appeal in *Lelchook v. SGBL*, No. 21-975 (2d Cir.), the parties also jointly request that the case management conference in these matters currently scheduled for July 20, 2023 be adjourned *sine die.*

    We thank the Court for its attention to these matters.

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
July 13, 2023

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

**SO ORDERED.**

Dated: New York, New York
July __, 2023

_____
Hon. Katharine H. Parker

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.   7/14/2023

The parties shall write a joint status letter within three days of the New York Court of Appeals' answer to the Second Circuit's certified question.