

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T  +1 202 457 6155
gassan.baloul@squirepb.com

June 20, 2025

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP)
*Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, 18-CV-12401 (GBD)(KHP)

Dear Judge Parker:

  On behalf of all parties in the above-captioned actions, we respectfully submit this joint status report pursuant to the Court's order of April 21, 2025 (*Lelchook* ECF No. 163), which directed the parties to file a further joint status letter (a) on June 20, 2025, and (b) within 5 business days following the Second Circuit's ruling in *Lelchook v. SGBL*, No. 21-975 (2d Cir.).

  There have been no further developments in *Lelchook v. SGBL* since the parties' April 18, 2025 joint status report (*Lelchook* ECF No. 162).  As set forth therein, the parties in *Lelchook v. SGBL* submitted post-argument letter-briefs to the Second Circuit "addressing the effect of" the New York Court of Appeals' rulings on the questions certified to it by the Second Circuit, as well as "the question whether exercising specific personal jurisdiction over SGBL comports with constitutional due process."  The Second Circuit has yet to issue its ruling.

  Under the terms of the parties' Stipulation previously approved by this Court (*Kaplan* ECF No. 233), discovery remains stayed until 60 days after the Second Circuit issues its ruling.

  The parties propose to provide a further joint status report within 5 business days following the Second Circuit's ruling in *Lelchook v. SGBL*.

  We thank the Court for its attention to this matter.

47 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
June 20, 2025

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

Cc: All counsel of record (via ECF)