
**SQUIRE**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

> **APPLICATION GRANTED:** The Case Management Conference in these matters scheduled for Tuesday, March 17, 2026 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Wednesday, May 20, 2026 at 12:00 p.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **03/16/2026**

March 16, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:** ***Kaplan, et al. v. Lebanese Canadian Bank, SAL***, **08-CV-7253 (GBD)(KHP)**
> ***Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.***, **18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

Pursuant to Rule 1(c) of Your Honor's Individual Practices in Civil Cases, we write to request that the Case Management Conference scheduled for tomorrow, March 17, 2026 in the above-referenced actions, be adjourned for 60 days, *i.e.* until the week of May 18, 2026, or a date thereafter convenient to the Court. The parties request this adjournment in light of the ongoing war in the Middle East, including Lebanon, which the parties agree have rendered the taking of discovery relating to this case impossible until the situation improves. The parties apologize that this request is being submitted less than two business days in advance of the conference, as we have been monitoring the situation for any changes, including over this past weekend.

This Case Management Conference was initially scheduled for February 19, 2026, and was adjourned on consent to March 17 by this Court's order of February 6 (ECF No. 174). There have been no other previous requests for an adjournment of this conference, and the adjournment will not affect any other scheduled dates.

The parties respectfully request that the conference be adjourned to the week of May 18, 2026, or a date thereafter convenient to the Court.

We thank the Court for its attention to this matter.

48 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District
of New York
March 16, 2026

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

cc:  All counsel of record (via ECF)