**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

                                        Plaintiffs,

            -against-

LEBANESE CANADIAN BANK, SAL,
                                        Defendant.
-----------------------------------------------------------------X
ESTER LELCHOOK, *et al.*,

                                        Plaintiffs,

            -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,
                                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2026
```

POST-CONFERENCE ORDER

08-CV-7253 (GBD) (KHP)

18-CV-12401 (GBD) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 20, 2026 , the parties appeared before the undersigned for a Case Management

Conference.  As set forth in greater detail on the record, the parties are directed to submit a

joint status letter on or before **Tuesday, August 18, 2026** indicating the parties' stance on

scheduling a settlement conference.  Plaintiffs' counsel is directed to have a dialogue with his

clients within the next 30-60 days to relay a settlement demand to defendant.  Defense counsel

is also directed to have a dialogue with his clients after receipt of the demand and to make a

counter-proposal.

An interim discovery deadline has been set for **December 31, 2026**.  Between the date

of this order and that deadline, the parties are directed to discuss a discovery plan, including

identification of the parties and non-parties to be deposed and documents to be exchanged or

2

sought from third parties, and any experts relating to liability.  The parties shall propose a discovery plan for the case and submit it with their August 18, 2026 status letter.

Finally, to the extent that Plaintiffs seek to formally amend the case caption, they are directed to file a notice or stipulation of such change to the docket.

**SO ORDERED.**

DATED:      New York, New York
            May 20, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge