SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

August 18, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP)**
***Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, 18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

We write on behalf of all parties pursuant to the May 20, 2026 case management conference and this Court's Post-Conference Order of the same date.

Counsel have engaged in initial communications regarding the issues set forth in the Post-Conference Order. The parties previously agreed (ECF 233, as approved by the Court) and continue to agree that it would be far more efficient and economical for this Court and for the parties, and conserve significant judicial and party resources, if Plaintiffs can compel production of the financial and banking records at issue directly from Societe Generale de Banque au Liban ("SGBL"), rather than now engage in discovery and related motion practice in these cases regarding the Defendant's disposition of the records. (*Id. passim*).

Plaintiffs' ability to obtain such discovery from SGBL depends on the upcoming resolution of post-remand filed motions in Plaintiffs' action against SGBL (*Lelchook v. SGBL*, No. 1:19cv-33-CBA-VMS (E.D.N.Y.)), currently set for hearing on October 29, 2026. The parties accordingly believe that the formulation of a discovery plan to update the plan previously approved by the Court's Scheduling Order of June 30, 2022 (ECF 171), as directed by the Post-Conference Order, should take into account the status of Plaintiffs' efforts to obtain the records from SGBL.

49 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

On that background, and to facilitate additional meet-and-confer communications between the parties concerning an updated discovery plan, they jointly propose that the parties submit a further joint status report on or after October 30, 2026. This extension will also allow the parties to liaise with our respective clients about the viability of a settlement conference as discussed in the Post-Conference Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Gassan A. Baloul*
Gassan A. Baloul

Cc: All counsel of record (via ECF)

APPLICATION GRANTED

Katharine H Parker 8/19/2026
Hon. Katharine H. Parker, U.S.M.J.